IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


ROBERT LEE ANDERSON                                                    PLAINTIFF


VS.                              Civil No. 15-cv-6054


CORPORAL GRAVES                                                        DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed July 20, 2016, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 21).

Judge Bryant recommends that Defendant's Motion to Dismiss (ECF No. 18) be granted and that

Plaintiff's Complaint against Defendant be dismissed with prejudice.  The parties have not filed

objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. §

636(b)(1). Therefore, the Court adopts the Report and Recommendation.   Defendant's Motion to

Dismiss (ECF No. 18) is hereby **GRANTED**, and Plaintiff's claims are **DISMISSED WITHOUT**

**PREJUDICE**.[1]

**IT IS SO ORDERED**, this 9th day of August, 2016.


                                                    /s/ Susan O. Hickey
                                                    Susan O. Hickey
                                                    United States District Judge

---

[1]Upon review of the Report and Recommendation, the Court finds that a dismissal
without prejudice is more appropriate than a dismissal with prejudice.  The Report and
Recommendation states that Plaintiff has failed to include custom or policy allegations that
would support an official capacity claim.  This is a deficiency that could be corrected in a later
complaint.